UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTICT OF FLORIDA

CASE NO.:

CHLOE TSAKIRIS ALSTON,

     Plaintiff,

v.

www.calculator.com; Unknown Registrant
A/K/A Ruth Yakobzon; Stands4 LTD; and
GoDaddy.com, LLC,

     Defendants.

_____/

## **VERIFIED COMPLAINT**

Plaintiff CHLOE TSAKIRIS ALSTON, by and through undersigned counsel, hereby files

this Verified Complaint against Defendants, www.calculator.com (the "Domain Name");

Unknown Registrant A/K/A Ruth Yakobzon ("Unknown Registrant"); Stands4 LTD; and

GoDaddy.com, LLC, and as grounds thereof, states as follows:

### **INTRODUCTION**

1.  This is an action regarding a stolen internet domain name, www.calculator.com (the
    "Domain Name").

2.  Plaintiff is seeking i) a declaration, pursuant to the Declaratory Judgment Act, as to the
    rights to the Defendant Domain Name, ii) for violation of the Anticybersquatting Consumer
    Protection Act, 15 U.S.C. § 1125(d), iii) for violation of the Computer Fraud and Abuse
    Act, 18 U.S.C. § 1030, iv) for Unjust Enrichment, and v) Trespass to Chattels, Computer
    Trespass and Conversion.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

3. Defendant Unknown Registrant has fraudulently taken control of the Domain Name, in violation of Plaintiff's ownership and trademark rights, and subsequently transferred the stolen Domain Name to Defendant Stands4 LTD, thereby depriving Plaintiff of its ownership rights to the Domain Name and redirecting the income generated from the website to the Unknown Registrant and the Defendant Stands4 LTD. Defendant Unknown Registrant and Defendant Stands4 LTD have prevented Plaintiff from using and controlling her domain name causing irreparable injury to Plaintiff.

4. The Plaintiff is seeking injunctive and other equitable relief as a result of the actions of the Defendants Unknown Registrant and Stands4 LTD.

5. A *Verified Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Memorandum of Law in Support Thereof* is being filed contemporaneously with this *Complaint*.

## JURISDICTION AND VENUE

6. This action arises out of Unknown Registrant and Stands4 LTD's violation of Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030. Accordingly, this Court has original jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338. This Court has supplemental jurisdiction for Plaintiff's claims for trespass to chattels, unjust enrichment and conversion pursuant to 28 U.S.C. § 1367.

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action arises out of Defendant's violation of the Federal Computer Fraud and Abuse Act, (18 U.S.C. § 1030), Electronic Communications Privacy Act (18 U.S.C. § 2701), and the Lanham Act (15 U.S.C. §§1114, 1125).

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

8.  This Court also has subject matter jurisdiction over this action under 28 U.S.C. § 1332, and the matter in controversy exceeds the sum of or value of $75,000, exclusive of interest and costs.

9.  Defendants Unknown Registrant and Stands4 LTD are subject to personal jurisdiction in this district because they direct business activities toward and conduct business with consumers and users of the Domain Name throughout the United States, including within the State of Florida and this district through the Internet based website operated at the Domain Name accessible in Florida. Prior to the theft of the Domain Name, substantial business was conducted in the State of Florida, with thousands of unique website visitors within the State of Florida on a monthly basis. Based on information and belief, the website continues to conduct substantial business in the State of Florida.

10. Defendant GoDaddy.com, LLC is subject to personal jurisdiction in this district because they direct business activities toward and conduct business with consumers throughout the United States, including within the State of Florida and this district.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) because Defendants Unknown Registrant and Stands4 LTD are, upon information and belief, aliens engaged in infringing activities and causing harm within this district by advertising, offering services, and/or displaying the infringing website located at the Domain Name in this district.

## PARTIES

12. Plaintiff CHLOE TSAKIRIS ALSTON is an individual residing in the state of New York.

3

13. Defendant Unknown Registrant A/K/A Ruth Yakobzon ("Unknown Registrant") is an unknown person residing in an unknown location.  Based upon information and belief, Defendant Unknown Registrant has engaged in substantial activity in the State of Florida in connection with the matters from which this action arises. Additionally, based on information and belief, Defendant Unknown Registrant uses the aliases "Ruth Yakobzon;" however, Plaintiff has reason to believe that this is not the Unknown Registrant's real name.

14. Defendant Stands4 LTD is an entity with principal address located in HaMerkaz, Israel, as is reflected as the current owner of the Domain Name in a domain name database that is accessible at whois.com:

| Domain Information | |
|---|---|
| Domain: | calculator.com |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 1996-01-24 |
| Expires On: | 2023-01-25 |
| Updated On: | 2020-06-19 |
| Status: | clientDeleteProhibited clientRenewProhibited clientTransferProhibited clientUpdateProhibited |
| Name Servers: | ns31.domaincontrol.com ns32.domaincontrol.com |

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

| | |
|---|---|
| **Registrant Contact** | |
| Organization: | STANDS4 LTD |
| State: | HaMerkaz |
| Country: | IL |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=calculator.com |

Based upon information and belief, Defendant Stands4 LTD conducts business activities in the State of Florida by its operation of the website at the Domain Name, which is viewable by and directed at consumers and users throughout the United States, including within the State of Florida.

15. Defendant GoDaddy.com, LLC is a limited liability company, duly organized and existing under the laws of Delaware, with its principal office and place of business located in Scottsdale, Arizona. Based on information and belief, Defendant GoDaddy.com, LLC does business in the State of Florida. Defendant GoDaddy.com, LLC is named as a nominal defendant for purposes of enforcement.

**GENERAL ALLEGATIONS**

16. The Domain Name "www.calculator.com" was registered in the name of Plaintiff CHLOE TSAKIRIS ALSTON in January of 1996 by her father, Nicholas Tsakiris Alston.

17. Since registering the domain name in January of 1996, CHLOE TSAKIRIS ALSTON and her father have been developing and operating the calculator.com website continuously and without interruption under the trademark/service mark "calculator.com" to market its services throughout the world. Based on this prior use, Plaintiff owns the trademark/service

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

mark "calculator.com" (hereinafter also referred to as the "Trademark") and is entitled to trademark protection of its name.

18. Plaintiff and her father, Nicholas Tsakiris Alston ("Nicholas" or "Nicholas Alston") operate the business of calculator.com, wherein they provide various online calculators to the public free of charge, generating advertising revenue and value for the Domain Name based upon a large number of visitors to the calculator.com website.

19. Since registering the Domain Name, CHLOE TSAKIRIS ALSTON and her father have spent approximately 24 years and substantial sums of money in developing, marketing and promoting the services offered on the website and the calculator.com brand over the Internet using the Trademark.

20. As a result of Plaintiff's use of the calculator.com Trademark since the year 1996, including extensive development, marketing and promotion of its services, the calculator.com Trademark is distinctive and has become well known and famous in the geographic regions in which Plaintiff does business, has acquired name recognition and invaluable good will, and has acquired secondary meaning such that the public throughout the countries and states in which calculator.com does business associates the calculator.com Trademark with Plaintiff's reliable online calculator services.

21. Plaintiff CHLOE TSAKIRIS ALSTON's website operated at her Domain Name www.calculator.com has over approximately 166,000 daily active users on a monthly basis from around the world who utilize the services provided on the website (see Exhibit "A").

22. The website operated at the Domain Name www.calculator.com is essential to market its services to individuals and clients around the world, and is the sole and exclusive location for the services offered by Plaintiff.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

23. Network Solutions, LLC is a registrar, that is, an organization that is accredited to sell domain names that are managed by Verisign, the top-level domain name registry of .com domain names[1].





24. Network Solutions, LLC is the registrar where the Domain Name was initially registered by Plaintiff in January of 1996.

25. GoDaddy.com, LLC is the registrar where the Domain Name is currently registered, and is named as a nominal defendant herein.

---

[1] Non-party ICANN manages the Domain Name System (DNS) and accredits registrars to sell top-level domain names (such as .com, .net, .info).  As relates to .com domain names, ICANN has authorized Verisign as the top-level domain name registry for the management of the registration of .com domain names (through ICANN accredited registrars), and of their domain name system (DNS).  The 2012 ".com Registry Agreement" between ICANN and Verisign can be accessed online at https://www.icann.org/resources/agreement/com-2012-12-01-en .

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

26. Plaintiff CHLOE TSAKIRIS ALSTON utilized the website that was accessible through the Domain Name to operate a business providing internet users with various online calculators. The Domain Name has generated income by way of advertising revenue exclusively for Plaintiff CHLOE TSAKIRIS ALSTON and her family.

27. In support of and as proof of Plaintiff CHLOE TSAKIRIS ALSTON's ownership of the Trademark, the following exhibits are attached hereto:

   a.  Screen shots of Plaintiff's Google Analytics account page showing active users from June 27, 2016 through July 3, 2020, as well as active users by State, attached as Composite Exhibit "A" hereto.

   b.  A screenshot of Plaintiff's Google Adsense account detail from January 2007 through January of 2020 indicating estimated earnings, page views, and other relevant data related to performance of the calculator.com website through, attached as Exhibit "B" hereto.

   c.  A screen shot of a Google search of the name "Nicholas Tsakiris Alston," indicating relevant search results related to the management of the calculator.com website, attached as Exhibit "C" hereto.

   d.  A photo of Plaintiff's "calculator.com" logo which has been utilized by Plaintiff on its website for at least 20 years, which is indicative of Plaintiff's use of the calculator.com name in commerce, and a screenshot of an image reflecting a web archive of the Plaintiff's calculator.com website from January 1, 2006 displaying the logo, attached as Composite Exhibit "D" hereto. The web archive screen shot is a true and accurate representation of a portion of the Plaintiff's website as of that date.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

e.  Screenshots of Plaintiff's Upwork account, wherein Plaintiff solicited contractors to perform updates to the calculator.com website, including a major upgrade to the main calculator, at a cost of approximately $12,000, attached as Composite Exhibit "E" hereto.

f.  A sampling of various emails sent and received by me or my father related to the calculator.com website and Domain Name ranging from 2001 through 2013, attached as Composite Exhibit "F" hereto.

28. On or about November of 2018, Plaintiff discovered that her domain name was being transferred without Plaintiff's authorization to a different named owner, Defendant Unknown Registrant, and auctioned off on sedo.com—an online marketplace and trade platform used to auction and sell Internet domain names.

29. Plaintiff learned of the theft of the Domain Name when a person named Richard Kershaw, the winner of the online auction, contacted her and her father, Nicholas Alston, to determine whether the sale was legitimate. Copies of several emails questioning the legitimacy of the sale are attached as Composite Exhibit "G" hereto. Plaintiff informed Richard Kershaw that the sale was fraudulent, then checked with Network Solutions and discovered that the calculator.com Domain Name was being transferred out of Plaintiff's account.

30. Richard Kershaw forwarded the PDF Payment Request that he received from the Defendant Unknown Registrant with respect to the sedo.com auction, in which Defendant Unknown Registrant utilized the name "Ruth Yakobzon," with an address of "1 Cheryl Ln, 01821 Billerica United States." Richard Kershaw indicated that he was suspicious of the purchase because the name of the seller on the auction website (Ruth Yakobzon) did

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

not match the Plaintiff's name, which was listed on the public WHOIS domain name registration information database. Additionally, the owner of the United States property address did not match the name of the seller. A true and correct copy of the email conversation and the PDF Payment Request are attached as Composite Exhibit "H" hereto.

31. Plaintiff and her father immediately contacted Network Solutions to stop the transfer and restore the account contact details to Chloe's real email address.

32. During phone calls with Network Solutions staff, Plaintiff learned that Defendant Unknown Registrant fraudulently induced Network Solutions to change the contact details of the Domain Name's owner to that of Unknown Registrant's by creating and using an email account that impersonates the Plaintiff, Chloe Alston (to wit: chloe.alstonnet@gmail.com) and sending Network Solutions a fake Connecticut Driver's License and fake utility bill as proof of identification. Network Solutions accepted the fraudulent documents and changed the ownership information of the Domain Name, including the email address associated with the account, to that of Defendant Unknown Registrant. Defendant Unknown Registrant was therefore able to take control of the account, list the Domain Name for sale and attempt to transfer the Domain Name out of Plaintiff's account. A screenshot of the fraudulent ownership information as listed by Network Solutions after Defendant Unknown Registrant successfully induced Network Solutions to remove Plaintiff's contact details and swap it with that of Unknown Registrant's is attached as Exhibit "I" hereto.

33. Network Solutions stopped the transfer, but unbeknownst to Plaintiff, failed to restore the correct contact information. As a result, Unknown Registrant was able to transfer the

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

Domain Name to Defendant Unknown Registrant's account with the GoDaddy.com, LLC

registrar in April of 2020, and thereafter, transfer the Domain Name to Defendant

Stands4 LTD's account with the registrar GoDaddy.com, LLC on June 19, 2020.

34. The Plaintiff's account was hacked by Defendant Unknown Registrant, who fraudulently

transferred the domain name www.calculator.com to Defendant Unknown Registrant's

own account with Defendant GoDaddy.com, LLC and based on information and belief,

has sold the Domain Name to Defendant Stands4 LTD in the hope of extracting a quick

payoff and profit from its theft of the Domain Name from Plaintiff, the rightful owner.

35. The Defendant Unknown Registrant's transfer of the domain name www.calculator.com

was in bad faith, and for the singular purpose of seeking to profit from its theft.

36. Similarly, Defendant Stands4 LTD acquired ownership of the Domain Name in bad faith,

without conducting due diligence to determine the identity of the rightful owner of the

Domain Name, and intends to profit from its ownership and operation of the website

located at the Domain Name. As indicated above, a simple search of the online Whois

domain name database would have revealed that Plaintiff was the true owner of the website.

37. The Domain Name is highly valuable and its loss has deprived the Plaintiff of the income

revenue generated by the business as well as depriving Plaintiff of its valuable position

on the search results, deteriorating its search engine rankings. To date, Plaintiff has lost

approximately $10,000 per month in gross advertising revenues as a result of the domain

name hijacking, and the search engine rankings has now dropped from number one to

number six, which equates to a roughly 60% decrease in monthly revenues (assuming

ownership of the Domain Name is restored to Plaintiff).

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

38. Additionally, Plaintiff has been deprived of the value of the Domain Name itself, which is worth approximately $1,237,000 according to estibot.com, an online domain name appraisal service. A true and correct screenshot of the estibot.com appraisal of calculator.com is attached as Exhibit "J" hereto.

39. Based upon knowledge and belief, non-party ICANN has authorized Defendant GoDaddy.com, LLC and Network Solutions, LLC as ICANN accredited registrars to sell .com domain names, managed by Verisign, and therefore ICANN and Verisign can facilitate the transfer of a .com domain name between .com registrars and to the proper registrant.

40. Plaintiff CHLOE TSAKIRIS ALSTON has retained the undersigned counsel to represent them in this lawsuit and have agreed to pay it a reasonable fee.

41. All conditions precedent to this lawsuit have been met by Plaintiff or have been waived by the Defendants.

## COUNT I
## VIOLATION OF THE FEDERAL ANTICYBERSQUATTING CONSUMER PROTECTION ACT

42. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 41 as though fully set forth herein.

43. Plaintiff CHLOE TSAKIRIS ALSTON has owned the Domain Name since 1996, has used it in commerce to generate substantial income revenue and has common law rights in the calculator.com trademark.  Plaintiff's mark "calculator.com" has been used continuously since the year 1996.

44. The Trademark "calculator.com" is distinctive and has become famous in the countries and states in which Plaintiff does business, and is therefore entitled to protection.

12

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

Millions of visitors have utilized the calculator services offered by Plaintiff at the Domain Name across many different states within the United States (see Exhibit "A").

45. On or about November of 2018, Defendant Unknown Registrant fraudulently replaced the contact details and ownership information listed with Network Solutions with that of Defendant Unknown Registrant. When Plaintiff learned of an attempted transfer of the Domain Name, Plaintiff immediately contacted Network Solutions to restore the contact information and stop the transfer. Network Solutions stopped the transfer, but unbeknownst to Plaintiff, failed to restore the contract information and ownership details to that of Plaintiff.

46. Without authorization, Defendant Unknown Registrant transferred the Domain Name to Defendant Unknown Registrant's account with the GoDaddy.com, LLC registrar in April of 2020, and thereafter, transferred the Domain Name to Defendant Stands4 LTD's account with the registrar GoDaddy.com, LLC on June 19, 2020.

47. The domain name www.calculator.com belongs to the Plaintiff CHLOE TSAKIRIS ALSTON, and is identical to the mark owned by Plaintiff CHLOE TSAKIRIS ALSTON

48. By virtue of Defendant Unknown Registrant's transfer of the domain name www.calculator.com, and Defendant Stands4 LTD's receipt of the same, the Defendants have diverted CHLOE TSAKIRIS ALSTON's website visitors, the business, and income, and have caused confusion in the marketplace.  Indeed, Defendants Unknown Registrant and Stands4 LTD's actions constitute registration, trafficking, or use of a domain name that is confusingly similar to the Plaintiff's trademark, with bad faith intent to profit therefrom.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

49. Defendants Unknown Registrant and Stands4 LTD registered the www.calculator.com domain name in bad faith with the sole purpose and intent to profit from the domain name.

50. Because of the Defendants' actions, Plaintiff is being prevented from using and exercising control over the domain name www.calculator.com and deriving income therefrom.

51. Defendants have no legal trademark rights in "calculator.com" and in fact, do not utilize said mark for any purpose other than through its improper transfer, registration and operation of the www.calculator.com domain name and website.

52. As a result of Defendants' transfer of the domain name www.calculator.com, Plaintiff has incurred damages, and shall continue to suffer damages including loss of revenue, loss of business, loss of business opportunities, and loss of the significant value of the Domain Name itself unless enjoined.

53. The above described conduct of Defendants Unknown Registrant and Stands4 LTD constitutes unlawful cybersquatting in violation of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1).

54. In addition to actual and compensatory damages, Plaintiff is entitled to the maximum statutory damages pursuant to 15 U.S.C § 1117(d).

55. Plaintiff requests that, pursuant to 15 U.S.C. § 1125, the Court Order the ownership of www.calculator.com to be transferred to CHLOE TSAKIRIS ALSTON, the rightful owner of the domain name.

56. Pursuant to 15 U.S.C. §1117(a), Plaintiff is entitled to an award of its reasonable attorney's fees and costs.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

57. The actions of Defendants are knowing, willful and malicious, thus making this case an exception within the meaning of 15 U.S.C. § 1117.

58. For the foregoing reasons, pursuant to 15 U.S.C. § 1125(d)(2)(D)(I), the Plaintiff is entitled to an order transferring the registration of the Domain Name to Plaintiff's ownership and account.

WHEREFORE, Plaintiff CHLOE TSAKIRIS ALSTON respectfully requests this Court enter judgment in Plaintiff's favor and against Defendants Unknown Registrant and Stands4 LTD, award Plaintiff actual and compensatory damages, statutory damages, attorney's fees and costs of filing this lawsuit, transfer the ownership of www.calculator.com to CHLOE TSAKIRIS ALSTON, and for any further relief this Court deems just and proper.

## COUNT II
## CLAIM FOR DECLARATORY JUDGMENT

59. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 41 as though fully set forth herein.

60. Plaintiff's Domain Name was registered in 1996 and, as alleged above, Plaintiff has maintained uninterrupted control over the Domain Name since that time until stolen by Defendants Unknown Registrant and Stands4 LTD.

61. Defendants Unknown Registrant and Stands4 LTD's actions have taken control of the Domain Name from Plaintiff without authorization or permission.

62. The Declaratory Judgment Act, 28 U.S.C. § 2201, provides for a declaration of the rights of the Plaintiff in this matter.

WHEREFORE, Plaintiff CHLOE TSAKIRIS ALSTON respectfully requests this Court enter an order declaring that Defendants Unknown Registrant and Stands4 LTD do not have any

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

rights to the domain name www.calculator.com, and that said domain name belongs to CHLOE

TSAKIRIS ALSTON, and for any further relief this Court deems just and proper.

## COUNT III
### TRADEMARK DILUTION

63. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 41
    as though fully set forth herein.

64. This is an action for Trademark Dilution pursuant to 15 U.S.C. § 1125(c), and pursuant to
    Section 495.151, Florida Statutes.

65.  Plaintiff is the owner of the calculator.com Trademark.

66. Plaintiff has continuously used the calculator.com Trademark since the initial registration
    of the website domain name in January of 1996.

67. Through Plaintiff's continuous use, marketing and development, and substantial effort
    and investment, Plaintiff's Trademark has become distinctive and famous in the many
    countries and states in which it does business.

68. Defendants Unknown Registrant and Stands4 LTD have illegally transferred and
    registered the domain name www.calculator.com, which is identical to Plaintiff's
    Trademark.

69. Defendants' registration and adoption of Plaintiff's Trademark occurred after Plaintiff's
    mark became famous.

70. Defendants' use and ownership of the www.calculator.com domain name is likely to
    dilute the distinctive quality of Plaintiff's Trademark.  By registering the Plaintiff's
    trademark as the domain name and preventing Plaintiff from registering and using its
    own Trademark on the Internet as a domain name, Defendants have eliminated Plaintiff's
    ability to market its services on the Internet and have diverted Plaintiff's primary source

16

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

of income. Defendants have therefore interfered with Plaintiff's ability to use the Internet for marketing, promoting and offering its services.

71. Defendants' use of Plaintiff's Trademark is commercial and in commerce, as the Defendants' sole purpose and intent in registering the domain name www.calculator.com is to profits from the stolen domain name.

72. Defendants willfully intended to trade on the Plaintiff's mark and cause dilution to Plaintiff's Trademark, and Defendants should therefore be liable for damages, in addition to the other remedies sought herein.

WHEREFORE, Plaintiff requests this Honorable Court enter judgment:

A. Temporarily and permanently enjoining Defendants Unknown Registrant and Stands4 LTD, their officers, employees, and agents, and all persons or entities in active concert or participation with either of them, from using, displaying, advertising or selling services under, or otherwise doing business using the Trademark, including all formative variations thereof, and from using any name confusingly similar to the Trademark, including its present name;

B. Ordering Defendant Stands4 LTD to transfer the domain name www.calculator.com to CHLOE TSAKIRIS ALSTON;

C. Order Defendants to account for and pay all profits derived from, and all damages suffered by CHLOE TSAKIRIS ALSTON by reason of Defendants' unlawful use of the Trademark;

D. Order Defendants to pay the costs of this action; and

E. Order such other relief as the Court deems necessary, just and proper.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

<u>**COUNT IV**</u>
**UNFAIR COMPETITION – FALSE DESIGNATION OF ORIGIN**

73. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 41 as though fully set forth herein.

74. This is an action for False Designation of Origin under 15 U.S.C. § 1125(a).

75. Defendants Unknown Registrant and Stands4 LTD used Plaintiff's Trademark in commerce by holding themselves out to the public as the owners of the domain name www.calculator.com without Plaintiff's consent or authorization.

76. Defendants' use of Plaintiff's Trademark is in connection with the sale of goods or services, as the Defendants' intent in registering the domain name www.calculator.com is to profit from the transfer and ownership of the domain name.

77. Moreover, Defendants are intentional infringers, and therefore, likelihood of confusion is presumed.

78. The conduct of Defendants Unknown Registrant and Stands4 LTD in using the Trademark is a misappropriation of CHLOE TSAKIRIS ALSTON's Trademark, and constitutes unfair competition.

79. Defendants Unknown Registrant and Stands4 LTD actively participated and authorized, controlled, ratified, and were the moving, active and conscious force behind Defendants' utilization of www.calculator.com, as they intentionally and illegally transferred said domain name and continue to illegally operate a website at the Domain Name.

80. Defendants' use of the Trademark is likely to cause confusion or mistake or to deceive as to the source of the origin of the services offered on the website. Specifically, because Internet users typically access a company's web site by assuming that the company's

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

domain name corresponds to its mark, the Internet user is likely to believe that the infringing domain name is associated with the Plaintiff.

81. As a result, CHLOE TSAKIRIS ALSTON has been damaged.

82. Defendants acted with malice and/or with the willful and wanton disregard of CHLOE TSAKIRIS ALSTON's rights in unlawfully misappropriating CHLOE TSAKIRIS ALSTON's Trademark, and otherwise utilizing and controlling the domain name www.calculator.com, knowing that this would result in consumer confusion and/or deceive consumers as to the source of the origin of the services offered on the website. Accordingly, Plaintiff is entitled to punitive damages against Defendants Unknown Registrant and Stands4 LTD.

WHEREFORE, Plaintiff CHLOE TSAKIRIS ALSTON respectfully requests this Court enter judgment:

A. Temporarily and permanently enjoining Defendants Unknown Registrant and Stands4 LTD, their officers, employees, and agents, and all persons or entities in active concert or participation with either of them, from using, displaying, advertising or selling its services under, or otherwise doing business using the Trademark, including all formative variations thereof, and any name confusingly similar to the Trademark;

B. Order Defendants to pay all compensatory damages;

C. Award punitive damages as a result of the egregious and malicious conduct described herein;

D. Order Defendants to pay the costs of this action; and

E. Order such other relief as the Court deems necessary, just and proper.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

**COUNT V**
**TRESPASS TO CHATTELS, COMPUTER TRESPASS AND CONVERSION**

83. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 41 as though fully set forth herein.

84. Defendants Unknown Registrant and Stands4 LTD have taken control of the Domain Name and are wrongfully exercising control and authority over the Domain Name and the associated webpage.

85. The control and authority exercised by the Defendants Unknown Registrant and Stands4 LTD deprives the Plaintiff of control and the revenue and business registered from Domain Name, as well as the value of the Domain Name itself.

86. Defendants Unknown Registrant and Stands4 LTD are wrongfully exerting dominion and possession over Plaintiff's property in denial of her rights and is intermeddling with the Plaintiff's property rights.

WHEREFORE, Plaintiff CHLOE TSAKIRIS ALSTON respectfully requests this Court enter judgment in Plaintiff's favor and against Defendants Unknown Registrant and Stands4 LTD for Trespass to Chattels, Computer Trespass and Conversion, award Plaintiff actual and compensatory damages, statutory damages, attorney's fees and costs of filing this lawsuit, transfer the ownership of www.calculator.com to CHLOE TSAKIRIS ALSTON, and for any further relief this Court deems just and proper.

**COUNT VI**
**VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT OF 18 U.S.C. § 1030**
**(Against Defendant Unknown Registrant)**

87. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 41 as though fully set forth herein.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

88. Defendant Unknown Registrant knowingly and intentionally accessed Plaintiff's hosting account and registrar account on protected computers exceeding his or her authorization and thereby obtained and used information from the protected computer systems in multiple transactions involving interstate and foreign communication in violation of 18 U.S.C. § 1030(a)(2)(c).

89. Defendant Unknown Registrant knowingly, and with intent to take Plaintiff's revenue and business, accessed the Plaintiff's hosting account and registrar account on protected computers exceeding his or her authority and used the access to transfer Plaintiff's assets to him/herself in violation of 18 U.S.C. § 1030(a)(4).

90. Plaintiff has suffered damages as a result of the conduct complained of and such conduct has caused a loss to the Plaintiff aggregating to approximately $10,000 per month, without accounting for the value of the Domain Name itself, which has been appraised at approximately $1,237,000 by estibot.com, a domain name appraisal service (see Exhibit "J").

91. As a direct result of the actions complained of, the Plaintiff has suffered, and continues to suffer, irreparable harm for which Plaintiff has no adequate remedy at law and which will continue unless enjoined.

WHEREFORE, Plaintiff CHLOE TSAKIRIS ALSTON respectfully requests this Court enter judgment in Plaintiff's favor and against Defendant Unknown Registrant for Violation of the Computer Fraud and Abuse Act of 18 USC Section 1030, award Plaintiff actual and compensatory damages, statutory damages, attorney's fees and costs of filing this lawsuit, transfer the ownership of www.calculator.com to CHLOE TSAKIRIS ALSTON, and for any further relief this Court deems just and proper.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

<u>COUNT VII</u>
**VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT OF 18 U.S.C. § 1030**
**(Against Defendant Stands4 LTD)**

92. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 41 as though fully set forth herein.

93. Defendant Stands4 LTD conspired with Defendant Unknown Registrant to knowingly and intentionally access Plaintiff's hosting account and registrar account on protected computers exceeding his or her authorization and thereby obtained and used information from the protected computer systems in multiple transactions involving interstate and foreign communication in violation of 18 U.S.C. § 1030(b).

94. Defendant Stands4 LTD knowingly conspired with Defendant Unknown Registrant, and with intent to take obtain ownership of Plaintiff's Domain Name and the revenue and business associated with it, conspired with Defendant Unknown Registrant, who accessed the Plaintiff's hosting account and registrar account on protected computers exceeding his or her authority and used the access to transfer Plaintiff's assets to Defendant Stands4 LTD in violation of 18 U.S.C. § 1030(a)(4).

95. Plaintiff has suffered damages as a result of the conduct complained of and such conduct has caused a loss to the Plaintiff aggregating to approximately $10,000 per month, without accounting for the value of the Domain Name itself, which has been appraised at approximately $1,237,000 by estibot.com, a domain name appraisal service (see Exhibit "J").

96. As a direct result of the actions complained of, the Plaintiff has suffered, and continues to suffer, irreparable harm for which Plaintiff has no adequate remedy at law and which will continue unless enjoined.

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

WHEREFORE, Plaintiff CHLOE TSAKIRIS ALSTON respectfully requests this Court enter judgment in Plaintiff's favor and against Defendant Stands4 LTD for Violation of the Computer Fraud and Abuse Act of 18 USC Section 1030, award Plaintiff actual and compensatory damages, statutory damages, attorney's fees and costs of filing this lawsuit, transfer the ownership of www.calculator.com to CHLOE TSAKIRIS ALSTON, and for any further relief this Court deems just and proper.

### COUNT VIII
### COMMON LAW TRADEMARK INFRINGEMENT
#### (Against Defendant Stands4 LTD)

97. The Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 41 as though fully set forth herein.

98. Defendant Stands4 LTD, without the consent of CHLOE TSAKIRIS ALSTON and having the knowledge of CHLOE TSAKIRIS ALSTON's use and prior ownership of the Trademark, is using the Trademark in connection with the marketing and distribution and of the services offered on the website operated with the Domain Name www.calculator.com, which is likely to cause confusion or mistake or deceive the public as to the source or origin of such services.

99. Defendant Stands4 LTD, without the consent of CHLOE TSAKIRIS ALSTON, is reproducing, copying and or colorably imitating the Trademark, and is applying such reproduction, copy and or colorable imitation to internet search engines and internet marketing on its website, www.calculator.com, with the intent to profit therefrom.

100.    Defendant Stands4 LTD has used and is using the Trademark with actual knowledge that its use is not authorized by CHLOE TSAKIRIS ALSTON and is likely to cause confusion or mistake or to deceive.

23

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

101.     Defendant Stands4 LTD's use of the Trademark has caused and is continuing to cause damage to CHLOE TSAKIRIS ALSTON.

102.     The irreparable harm that Plaintiff has suffered and continues to suffer due to Defendant Unknown Registrant's unauthorized transfer of the Domain Name, and Defendant Stands4 LTD's continued use of the Domain Name, includes the following:

    a.   Loss of business exposure to new and existing potential customers;

    b.   Loss of cash flow and daily advertising revenue;

    c.   Loss of organic search rankings;

    d.   Loss of continuous operations of the business to build Plaintiff's brand and business;

    e.   Loss of brand equity in consumers being re-directed to a website that is not Plaintiffs, damaging Plaintiff's name; and

    f.   Loss of the value of the Domain Name itself.

    WHEREFORE, Plaintiff CHLOE TSAKIRIS ALSTON, respectfully requests that the Court enter judgment:

    A.   Temporarily and permanently enjoining Defendants Unknown Registrant and Stands4 LTD, their officers, employees, and agents, and all persons or entities in active concert or participation with either of them, from using, displaying, advertising or selling services under, or otherwise doing business using the Trademark, including all formative variations thereof, and from using any name confusingly similar to the Trademark, including its present name;

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

B.  Order Defendants to account for and pay all profits derived from, and all damages

suffered by CHLOE TSAKIRIS ALSTON by reason of Defendants' unlawful use

of the Trademark;

C.  Order Defendants to pay the costs of this action; and

D.  Order such other relief as the Court deems necessary, just and proper.


Dated: July 20, 2020


Respectfully submitted,

Recalde Law Firm, P.A.
10800 Biscayne Blvd, Suite 440
Miami, FL 33136
Ph: 305-792-9100
Fax: 1-305-517-1407
By: /s/Geremy Klein
Geremy Klein, Esq.
FBN: 106981
Rafael Recalde, Esq.
FBN: 60040
Primary: Geremy@recaldelaw.com
Secondary: Rafael@recaldelaw.com

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

## **VERIFICATION**

**I verify under penalty of perjury that the foregoing is true and correct.**

Executed by me on this this 21___ day of July, 2020.

*Chloe Tsakiris*

_____
**Chloe Tsakiris Alston**

Doc ID: 5fad5d72d8c708cb49c2c6513b5e2089cb183864

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Calculator.com Complaint |
| **FILE NAME** | 20-096 Complaint - FINAL.pdf |
| **DOCUMENT ID** | 5fad5d72d8c708cb49c2c6513b5e2089cb183864 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

Document History

| | | |
|---|---|---|
| **SENT** | **07 / 21 / 2020**<br>13:50:42 UTC-5 | Sent for signature to Chloe Tsakiris Alston<br>(chloe.tsakiris@gmail.com) from rafael@recaldelaw.com<br>IP: 134.56.192.233 |
| **VIEWED** | **07 / 21 / 2020**<br>14:58:33 UTC-5 | Viewed by Chloe Tsakiris Alston (chloe.tsakiris@gmail.com)<br>IP: 74.65.192.218 |
| **SIGNED** | **07 / 21 / 2020**<br>14:59:17 UTC-5 | Signed by Chloe Tsakiris Alston (chloe.tsakiris@gmail.com)<br>IP: 74.65.192.218 |
| **COMPLETED** | **07 / 21 / 2020**<br>14:59:17 UTC-5 | The document has been completed. |