7/20/2020 Recalde Law Firm Mail - Fwd: Calculator.com domain name -- authorized listing on Sedo auction?

Case 1:20-cv-23013-BB Document 1-8 Entered on FLSD Docket 07/21/2020 Page 1 of 5

**Composite Exhibit G**



Geremy Klein <geremy@recaldelaw.com>

---

### Fwd: Calculator.com domain name -- authorized listing on Sedo auction?

**Nicholas Alston** <nicholas.athera@gmail.com>  Mon, Jul 20, 2020 at 1:38 PM
To: Geremy Klein <geremy@recaldelaw.com>, Rafael Recalde <rafael@recaldelaw.com>

> ---------- Forwarded message ---------
> From: **Chloe Tsakiris** <chloe.tsakiris@gmail.com>
> Date: Wed, Dec 5, 2018 at 5:21 PM
> Subject: Fwd: Calculator.com domain name -- authorized listing on Sedo auction?
> To: Nicholas Tsakiris <nicholas.athera@gmail.com>
>
>
> Should I answer this fool?
>
> ---------- Forwarded message ---------
> From: **George Kirikos** <george@loffs.com>
> Date: Wed, Dec 5, 2018 at 8:58 AM
> Subject: Calculator.com domain name -- authorized listing on Sedo auction?
> To: <chloetsakiris@gmail.com>
>
>
> Dear Ms. Tsakiris,
>
> I was trying to find the true owner of the domain name Calculator.com,
> and I believe you (or your parents?) might be the owners.
>
> I had exchanged emails with the prior owner (Nicholas Tsakiris /
> Alston) many many years ago, and I believe he wanted over $1 million
> for the domain name, if my memory is correct.
>
> However a few days ago, someone listed the domain name at a no-reserve
> auction on Sedo.com, where it's currently at around $18,000 (much less
> than what he was seeking).
>
> https://sedo.com/search/details/?aid=412687&domain=calculator.com
>
> It's possible that this is an unauthorized auction (potentially a
> stolen/hijacked domain), so I was curious if you know anything about
> the ownership history of the domain name, or can put me in touch with
> the appropriate family member, etc.
>
> Feel free to give me a call to discuss further, if you'd prefer. That
> domain auction ends tomorrow, so it would be nice to sort this out
> ASAP.
>
> My company owns the plural (Calculators.com) and was thinking of
> bidding on the singular version, but only if it's a legitimate
> auction.
>
> Sincerely,
>
> George
>
> --------------------------------------------
> George Kirikos
> CEO

Leap of Faith Financial Services Inc.
34 Burnfield Avenue, Toronto, Ontario M6G 1Y5 Canada
Tel: +1 (416) 588-0269 Fax: +1 (416) 588-5641
E-mail: George@LOFFS.com  Website: www.LOFFS.com

This email and any attachments are for the sole use of the intended
recipients and may be privileged or confidential. Any distribution,
printing or other use by anyone else is prohibited. If you are not an
intended recipient, please contact the sender immediately, and
permanently delete this email and attachments.

To stop receiving commercial electronic messages, visit http://optout.loffs.com/


--



**Calculator.com selling in Auction????**  Inbox

CA Mize <camize@hotmail.com>　　　　　　　　　　　　　　　　　　　　　　Thu, Dec 6, 2018, 5:54 PM
to me, nicholas@athera.com

Hi Nicholas,

Calculator.com is about to be sold in an acution at Sedo.com in a few minutes.

Did you sell this domain?  I just wanted to make sure ownership is clear and that it was not stolen.

Please let me know as soon as possible.

Thank You Nicholas!

Chris Misenheimer
704-223-2887

**Calculator.com Domain Sale**  Inbox

Jamie Zoch <jamie@dotweekly.com>
to me

Sat, Dec 8, 2018, 2:07 AM

Hi Nick,

I sent a couple emails to your Athera email address as well but wanted to try this email just to be safe also.

I am a domain name specialist and research specialist. The reason I am emailing you is because you had at least been the long time owner of Calculator(.)com. Today it sold at auction on Sedo for $250,899. My main concern is that you listed it and you have control over the domain.

There was a hosting change around December 8, 2017 so you potentially sold it then? If so, do you think the buyers may have listed it on Sedo?

From a research perspective, the aol email address on Athera is one weak point that I see. If that email "expired" and became available, a domain thief could gain access to that domain and the likely associated Network Solutions account, which likely houses Calculator(.)com. There has been a rise in spam from that email address since Dec 6, 2018 adding to my questions.

So, I'm just trying to be safe and make sure all is good.

If you could please let me know as soon as you can, it would be greatly appreciated.

Thank you,

Jamie R Zoch
Founder



Domain Specialist
c: 920-609-7446

**Calculator.com Sold at Auction Yesterday** > Inbox ×

Richard Kershaw <richard@qualitynonsense.com>
to me, chloe, nicholas, japplets

Fri, Dec 7, 2018, 9:00 PM

Dear Nicholas/Chloe,

I just won an auction to buy the domain name Calculator.com at auction:

https://sedo.com/search/details/?partnerid=55490&language=e&language=e&aid=412687&origin=&r=a87ff679a2f3e71d9181a67b7542122c&t=1544115035

I understand it is/was owned by yourselves/Athera Corporation, as I saw your names on the old WHOIS registration records for the domain.

Since I've received an invoice from Sedo with a different name/address on it, I wanted to check that it hadn't been sold without your knowledge or permission.

Would you be kind enough to confirm that the sale is legitimate, please?

Many thanks for your time,

Richard


--------------------------
Richard Kershaw
www.QualityNonsense.com

E: richard@qualitynonsense.com
UK: (+44)7803 988 046
US: (+1)917 475 4633