

Geremy Klein <geremy@recaldelaw.com>

## Fwd: Calculator.com Sold at Auction Yesterday

**Nicholas Alston** <nicholas.athera@gmail.com>  Mon, Jul 20, 2020 at 1:45 PM
To: Geremy Klein <geremy@recaldelaw.com>, Rafael Recalde <rafael@recaldelaw.com>

---------- Forwarded message ---------
From: **Richard Kershaw** <richard@qualitynonsense.com>
Date: Sat, Dec 8, 2018 at 11:45 PM
Subject: Re: Calculator.com Sold at Auction Yesterday
To: Nicholas Alston <nicholas.athera@gmail.com>


Hi Nicholas,

Good speaking to you earlier. And thank you for replying to my message before I wired $250,000 for a stolen domain ;)

**The Invoice**

Here's the invoice from Sedo (attached). The reason I contacted my lawyer and then you was:-

- The name on the invoice was different to your name and address (I saw your name on the old WHOIS records & on the site)
- The name was Russian, not Greek, so seemed less likely to be a family member
- The address was in a different state to you & formatted incorrectly on the invoice
- The invoice was in euros when the seller had a US address, and I bid in dollars

My contact at Sedo is Carla Pérez Fernández (carla.perez@sedo.com) in their Cologne, Germany office. She has not replied to my message on Friday questioning if they could prove the seller was the domain's legal owner.

**The Name/Address**

This is the real Ruth Yakobzon in Maryland...

https://www.facebook.com/ruth.yakobzon.1
http://www.levanahakim.co.il/LevanaProductID.aspx?LevanaProductId=498&lang=2

...but the name didn't match the address (note she uses two spellings of her surname).

But the address didn't match this woman. The address is home to this biotech company and these people:-

http://corp.sec.state.ma.us/CorpWeb/CorpSearch/CorpSummary.aspx?FEIN=001221381
https://www.linkedin.com/in/jane-chamberland-323485b

I suspect the culprit has just stolen their names & addresses. But I don't know how they would have been able to withdraw money from Sedo escrow if the name didn't match.

**Stolen Domains at Network Solutions**

- Sex.com in 1999 is the most notorious case: https://www.wired.com/2000/08/sex-com-ruling-it-wasnt-stolen/
- CM.com: https://domainnamewire.com/2015/01/21/the-wild-story-about-how-the-domain-name-cm-com-was-just-registered/
- 411Mania.com stolen from their Register.com brand: https://domainnamewire.com/2017/04/21/popular-website-stolen-held-ransom/

**The Sex.com Theft**

This book explains how the owner of Sex.com got his domain back:-

https://www.amazon.co.uk/Sex-Com-Kieren-McCarthy/dp/1905204663/ref=sr_1_1?ie=UTF8&qid=1544304786&sr=8-1&keywords=sex.com

This is also a good step-by-step guide for how somebody got their stolen domain back w/ help from the FBI:-

http://www.ramshackleglam.com/2014/04/01/my-website-was-stolen-by-a-hacker-and-i-got-it-back/

**Network Solutions**

Are Network Solutions being helpful? Are you dealing with somebody senior? I know somebody reasonably senior there, let me know if you'd like an introduction.

**Lawyers**

I'm sure you have a lawyer - is it somebody who specializes in these cases? If not, I can point you in the direction of a couple of people.

Let me know if I can help further.

Best wishes,

Richard

---------------------
Richard Kershaw
www.QualityNonsense.com

E: richard@qualitynonsense.com
UK: (+44)7803 988 046
US: (+1)917 475 4633
---------------------

Quality Nonsense Ltd. Registered office: 27 Mortimer Street, London W1T 3BL. Company No. 05889123. Registered in England and Wales.

----------------------------------
Q: Why is this email five sentences or less?
A: http://five.sentenc.es


On Sat, Dec 8, 2018 at 4:36 PM Nicholas Alston <nicholas.athera@gmail.com> wrote:
> Dear Richard
>
> Thank you for your message this is my email address please forward to me the invoice that Sedo sent you.
>
> I will keep you posted and let's talk again once this whole thing has been resolved.
>
> Regards
>
> Nicholas
>
> On Fri, Dec 7, 2018 at 9:00 PM Richard Kershaw <richard@qualitynonsense.com> wrote:
>> Dear Nicholas/Chloe,
>>
>> I just won an auction to buy the domain name Calculator.com at auction:-
>>
>> https://sedo.com/search/details/?partnerid=55490&language=e&language=e&aid=412687&origin=&r=a87ff679a2f3e71d9181a67b7542122c&t=1544115035
>>
>> I understand it is/was owned by yourselves/Athera Corporation, as I saw your names on the old WHOIS registration records for the domain.
>>
>> Since I've received an invoice from Sedo with a different name/address on it, I wanted to check that it hadn't been sold without your knowledge or permission.

Would you be kind enough to confirm that the sale is legitimate, please?

Many thanks for your time,

Richard

--------------------
Richard Kershaw
www.QualityNonsense.com

E: richard@qualitynonsense.com
UK: (+44)7803 988 046
US: (+1)917 475 4633
--------------------

Quality Nonsense Ltd. Registered office: 27 Mortimer Street, London W1T 3BL. Company No. 05889123. Registered in England and Wales.

------------------------------------
Q: Why is this email five sentences or less?
A: http://five.sentenc.es



3313484_CR.pdf
52K



Sedo GmbH · Im Mediapark 6 · 50670 Cologne · Germany

Quality Nonsense Ltd
Richard Kershaw
27 Mortimer Street

London
W1T 3BL
United Kingdom

**Sedo GmbH**

Im Mediapark 6
50670 Cologne
Germany

Tel.: +49 1805 - 733 622
Fax: +49 (0)221-34030-102
E-Mail: contact@sedo.co.uk
https://sedo.com

Cologne, 12/06/2018

**Payment Request for Order # 3313484**

Seller:

Ruth Yakobzon
1 Cheryl Ln

01821 Billerica
United States

According to your sales contract dated 12/06/2018 please make the following payment:

| Amt.: | Product / Use: | Amount: |
|---|---|---|
| 1 | Purchase of domain calculator.com according to sales contract (250899.00 $US) | 221037.00 Euro |
| | Total Amount: | 221037.00 Euro |

Please send the full amount of 221037.00 Euro to Sedo's Escrow Account within 5 days:

| Currency: | EUR/USD | GBP |
|---|---|---|
| Account Number: | 99308601 | 30435850 |
| SWIFT/BIC-Code: | DRESDEFFXXX | COBAGB2XXXX |
| IBAN: | DE18 5008 0000 0099 3086 01 | GB02 COBA 4062 0130 4358 50 |
| Sort Code: | 500 800 00 | 40-62-01 |
| Additional Instructions: | 3313484 | 3313484 |

Your bank or intermediary banks may charge a fee for this method of payment.
Please check with your bank when using this method and make sure to cover all fees with your payment!

The exchange rate (0.88098) valid at the time of agreement is the basis for the currency conversion.

Cologne
HRB 35019
Tax-ID DE813182233

Managing Directors:
Tobias Flaitz
Barbara Stolz
Hakan Ali



Geremy Klein <geremy@recaldelaw.com>

## Fwd: Missed Call from Greece

**Nicholas Alston** <nicholas.athera@gmail.com>  Mon, Jul 20, 2020 at 1:37 PM
To: Geremy Klein <geremy@recaldelaw.com>, Rafael Recalde <rafael@recaldelaw.com>

---------- Forwarded message ---------
From: **Richard Kershaw** <richard@qualitynonsense.com>
Date: Fri, Dec 14, 2018 at 5:32 PM
Subject: Missed Call from Greece
To: Nicholas Alston <nicholas.athera@gmail.com>


Hi Nicholas,

Just had a missed call from a Greek number - I'm guessing it was you trying to call me?

I'm available to talk now, if so.

I had an uncomfortable conversation with Sedo's lawyer and ceo about calculator.com since we last spoke.

Best wishes,

Richard

--------------------
Richard Kershaw
www.QualityNonsense.com

E: richard@qualitynonsense.com
UK: (+44)7803 988 046
US: (+1)917 475 4633
--------------------

Quality Nonsense Ltd. Registered office: 27 Mortimer Street, London W1T 3BL. Company No. 05889123. Registered in England and Wales.

----------------------------------
Q: Why is this email five sentences or less?
A: http://five.sentenc.es


--

