**Exhibit I**

