IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHLOE TSAKIRIS ALSTON,<br><br>    Plaintiff,<br><br>v.<br><br>CALCULATOR.COM; UNKNOWN REGISTRANT a/k/a RUTH YAKOBZON; STANDS4 LTD; and GODADDY.COM, LLC,<br><br>    Defendants. | Civil Action No. 1:20-cv-23013-BB |

## DECLARATION OF YIGAL BEN EFRAIM

I, Yigal Ben Efraim, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the CEO of Defendant Stands4 LLC (identified as Stands4 LTD). I am over the age of 18, and I make this declaration based on my personal knowledge.

2. Stands4 LLC ("Stands4") is an Israeli company with a business address of 10 HaRotem Street, Kfar Neter, (HaMerkaz) Israel 40593.

3. Stands4 is a leading provider of free online reference & educational resources such as Grammar.com, Lyrics.com & Scripts.com — serving millions of unique visitors with genuine and useful content through its collaborative network of award-winning reference websites and content partners.

4. Stands4 has been in the business of developing, operating and maintaining premium website brands in the education and reference sectors since 2001.

5. Stands4 has no contact with—and no presence in—the state of Florida.

6. No representative of Stands4 has travelled to the state of Florida, actively conducted business with anyone in Florida, or regularly communicated with anyone in Florida.

1

7. Stands4 purchased the domain name calculator.com on June 12, 2020 from Chloe Alston for $180,000.00.

8. The purchase of calculator.com was conducted by Stands4 from Israel through the Dan.com domain name sales platform after the domain name was listed publicly for sale via Dan.com.

9. Prior to purchasing the calculator.com domain name from Chloe Alston, Stands4 conducted significant due diligence to confirm that the domain name seller identified as Chloe Alston was indeed the lawful owner of the domain name including, without limitation, through a thorough review of the email and physical addresses disclosed on the current and historical WHOIS records for the domain name and the content on the calculator.com website itself and comparison with the information provided by the seller.

10. Based on Stands4's extensive pre-purchase diligence, it is my belief that the present lawsuit reflects a pre-planned and well-organized fraud attempt by Chloe Alston.

11. Dan.com also advised Stands4 that it undertook significant due diligence to confirm that the domain name seller identified as Chloe Alston was indeed the lawful owner of the calculator.com domain name including, without limitation, review of Chloe Alston's U.S. issued passport, review of a utility bill provided by Chloe Alston, and review of current and historical WHOIS records for the domain name to confirm that all data corresponded to the data provided by the seller.

12. Dan.com has advised that it is "100% sure that Chloe owned the domain at the time of the transaction and that we were dealing with her. She explicitly authorized this transaction as well."

13. After purchasing the calculator.com domain name from Chloe Alston on June 12,

2020, Stands4 developed and posted a new website at www.calculator.com including the web's largest resource for calculations and conversions.

14. Stands4 spent approximately $50,000.00 developing and marketing Stands4's website at www.calculator.com and, in addition to the $180,000.00 purchase price we paid to Chloe Alston for the domain name, we will lose this investment if the calculator.com domain name is transferred away from Stands4.

15. The website posted by Stands4 at www.calculator.com states that the site is "A Member of the Stands4 Network," and the site includes our Terms of Use, Privacy Policy, and contact information.

16. The current publicly available WHOIS record for the calculator.com domain name identifies the owner as "STANDS4 LTD" in HaMerkaz, Israel.

17. Although the website at www.calculator.com clearly identifies Stands4's contact information, and the WHOIS records identifies Stands4 as the owner of the domain name, we were not notified by the Plaintiff of the present lawsuit or of the Plaintiff's emergency motion for temporary restraining order.

18. Stands4 learned of the existence of the lawsuit on July 27, 2020 when the lawsuit was reported by *Domain Name Wire*, the leading news source for the domain name industry.

19. After learning of the lawsuit, I quickly reviewed the court papers posted by *Domain Name Wire*, I solicited recommendations for an attorney to represent Stands4, and I hired the Wiley Rein LLP and Lydecker Diaz law firms to represent Stands4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  07/28/2020         .

_____
Yigal Ben Efraim

4