UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTICT OF FLORIDA

CASE NO.: 1:20-cv-23013-BB

CHLOE TSAKIRIS ALSTON,

Plaintiff,

v.

www.calculator.com; Unknown Registrant
A/K/A Ruth Yakobzon; Stands4 LTD; and
GoDaddy.com, LLC,

Defendants.
_______________________________________/

**DECLARATION OF NICHOLAS TSAKIRIS ALSTON**
**IN OPPOSITION TO DEFENDANT'S EXPEDITED MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

I, Nicholas Tsakiris Alston, declare under penalty of perjury that the following is true and correct:

1. I am the father of the Plaintiff Chloe Tsakiris Alston ("Chloe") in this action. I submit this Declaration in opposition to the Defendant Stands4 LTD's Expedited Motion to Dissolve Temporary Restraining Order. I make this declaration based on personal knowledge of the matters set forth below.
2. I have viewed the website operated by Defendant Stands4, LTD at the calculator.com domain name (the "Domain Name").
3. The homepage of the Defendant Stands4, LTD's website at the Domain Name includes a message that states: "Old almost as the Internet itself Calculator.com's mission statement is to be the world's largest and most comprehensive collection of online calculators on the Web." See screenshot attached as Exhibit "A" hereto.

4. I have been managing and operating a website at the calculator.com Domain Name since around 1996 when I purchased the Domain Name in the name of my daughter, Chloe.

5. I have managed the day-to-day operations of the Domain Name and the calculator.com website continuously since 1996 until June 19, 2020, at which time I realized that Domain Name Server was updated, and the calculator.com Domain Name began directing visitors to the website operated by Defendant Stands4, LTD.

6. From the message stated on the homepage of the Defendant Stands4, LTD's website, it appears that the Defendant is attempting to take credit for the years of hard work that I have expended building and managing the website and the calculator.com brand name. According to an Amazon Alexa tool, calculator.com is now ranked #9,550 in global internet engagement:



7. I am aware that the Defendant Stands4, LTD conducts business in the State of Florida by targeting advertisements to website visitors within the State of Florida. Attached as Composite Exhibit “B” hereto are true and accurate screenshots of the website that I viewed which was being operated by Defendant Stands4 LTD’s at the calculator.com Domain Name. The screenshots clearly depict advertisements specifically targeting individuals in the State of Florida on the website operated by Defendant Stands4, LTD at the calculator.com Domain Name.
8. I have also viewed other websites operated by Defendant Stands4, LTD, including the website located at the www.lyrics.com domain name. A true and correct screenshot from the lyrics.com website that I viewed is attached as Exhibit “C” hereto. The screenshot clearly depicts advertisements specifically targeting individuals in the State of Florida on this other website operated by Defendant Stands4, LTD. It is therefore clear that the Defendant Stands4, LTD conducts substantial business in the State of Florida, not just through the website that was operated by them at the calculator.com Domain Name.
9. Since recovering the Domain Name pursuant to this Court’s Order on the Plaintiff’ Motion for Temporary Restraining Order, I was able to confirm on that the calculator.com website had over 3,400 visitors from the State of Florida on July 29, 2020. *See* Exhibit “D” Composite. Overall, calculator.com receives the most visitors from the United States, as is reflected in the Google AdSense Report below, and generates the most significant daily revenue, with $655 and 225,025 page views on July 29, 2020 alone. In contrast, calculator.com had 57 visitors from Israel that same date.

*See* Exhibit “D” Composite.

10. I am also aware that the Defendant Stands4, LTD has accused Chloe of potential fraudulent activity in connection with the Domain Name. My daughter and I have been working to restore ownership of our Domain Name, and have sought relief through several avenues, including by the filing of an FBI complaint on July 3, 2020, a true and correct copy of which is attached as Exhibit "E" hereto. The FBI complaint details the many attempts that we made to restore our Domain Name back to us prior to filing the present lawsuit.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed by me on this 30 day of July, 2020.

Nicholas Tsakiris Alston