**Exhibit A**


The STANDS4 Network
Login
CALCULATOR
Search for calculators...
SEARCH
Calculators
Exercises
Worksheets
RANDOM
The Web's Largest Resource for
Calculations & Conversions
A MEMBER OF THE STANDS4 NETWORK
Welcome to Calculator.com
Like 2.9K
Old almost as the Internet itself Calculator.com's mission statement is to be the world's largest and most comprehensive collection of online calculators on the Web.
Calculator.com provide a seemingly endless array of handy and useful calculators along with plenty of conversion tools, organized by a large variety of categories, from math & science to finance, health & everyday cooking — and it's always FREE!