**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CHLOE TSAKIRIS ALSTON,<br><br>Plaintiff,<br><br>v.<br><br>CALCULATOR.COM; UNKNOWN REGISTRANT a/k/a RUTH YAKOBZON; STANDS4 LTD; and GODADDY.COM, LLC,<br><br>Defendants. | Civil Action No. 1:20-cv-23013-BB |

**SECOND DECLARATION OF YIGAL BEN EFRAIM**

I, Yigal Ben Efraim, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the CEO of Defendant Stands4 LTD. I am over the age of 18, and I make this declaration based on my personal knowledge.

2. Stands4 LLC ("Stands4") is an Israeli company with a business address of 10 HaRotem Street, Kfar Neter, (HaMerkaz) Israel 40593, incorporated in Israel under company identification number #514207174.

3. I have reviewed the allegations in Plaintiff's complaint and Plaintiff's Response to Defendant's Expedited Motion To Dissolve Temporary Restraining Order asserting that Stands4 purchased and/or used the calculator.com domain name in bad faith, and I want to make clear that Stands4 is an honest company that undertook significant due diligence efforts to make sure the seller of calculator.com, Chloe Alston, was indeed the lawful owner of the domain name and entitled to sell the domain name.

4. In addition to Stands4's due diligence addressed in my first declaration, our domain name broker James Iles undertook significant due diligence (addressed in the James Iles

declaration), representatives of the Dan.com domain name sales platform undertook significant due diligence and, after the sale was completed, representatives of GoDaddy's Domain Compliance & Advanced Support team undertook significant diligence—with all of the foregoing parties determining that the calculator.com domain name was indeed sold by Chloe Alston to Stands4.

5. All of the aforementioned domain name industry experts reached the same conclusion that Chloe Alston sold the domain name to Stands4 and, by implication, that Chloe Alston and/or Nicholas Tsakiris Alston received the $180,000.00 purchase price and were subsequently attempting to regain control of the domain name.

6. I have reviewed the allegations in Plaintiff's Response to Defendant's Expedited Motion To Dissolve Temporary Restraining Order, and in the Declaration of Nicholas Tsakiris Alston, that Stands4 is "targeting Floridians with tailored ads."

7. The advertisements displayed on all Stands4 websites are provided by Google and the Google AdSense platform automatically provides advertisements based on, among other things, the location of the user visiting the website. Stands4 has no involvement in Google's alleged "geotargeting" of Floridians with location specific advertisements.

8. If Nicholas Tsakiris Alston has truly "manag[ed] and operat[ed] a website at the calculator.com Domain Name since around 1996" as stated in his Declaration, he is well aware that the advertisements displayed by Stands4 at www.calculator.com were provided by Google. The allegation by Mr. Alston that such advertisements reflect specific targeting of Floridians by Stands4, as opposed to Google, raises further questions concerning the veracity of Mr. Alston's statements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/31/2020.

Yigal Ben Efraim

Yigal Ben Efraim