**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CHLOE TSAKIRIS ALSTON,<br><br>    Plaintiff,<br><br>v.<br><br>CALCULATOR.COM; UNKNOWN REGISTRANT a/k/a RUTH YAKOBZON; STANDS4 LTD; and GODADDY.COM, LLC,<br><br>    Defendants. | Civil Action No. 1:20-cv-23013-BB |

**DECLARATION OF JAMES ILES**

I, James Iles, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a sole trader. I am over the age of 18, and I make this declaration based on my personal knowledge.

2.  I am a domain name industry writer and consultant based in Kent, U.K., and I have worked in the domain name industry for 5 years.

3.  I have written over 700 articles on the NamePros domain name website explaining various domain name related topics and issues. Articles include addressing how to stop domain theft: https://www.namepros.com/blog/domain-theft-can-be-stopped-heres-how.896830/.

4.  My domain name work has been referenced or quoted in such well known publications as TechCrunch, Gizmodo, and The Verge.

5.  I have an ongoing relationship with Stands4 to provide assistance on domain name purchases.

1

Document ID: e60e576b-10f1-4a77-985c-a52db6cd29fa

6. As part of my engagement for Stands4, I conducted my own extensive due diligence to confirm that the seller of the calculator.com domain name, Chloe Alston, was the lawful owner of the domain name and was entitled to sell the domain name to Stands4.

7. My pre-sale due diligence included reviewing historical WHOIS records and checking that against the most recent WHOIS records, reviewing historical website records, reviewing historical nameserver records, making contact attempt through the www.calculator.com website contact form given recent updates to the www.calculator.com site signifying that the site was live, and active. These are standard due diligence checks that are carried out. At this point, I found no red flags not to go ahead with the purchase, and I offered by findings to Stands4.

8. Following Stands4's purchase of the calculator.com domain name through the Dan.com domain name sales platform, Stands4 was advised by the domain registrar GoDaddy.com, LLC that someone had filed a "transfer dispute" concerning the transfer to Stands4 and that GoDaddy was investigating whether the transfer to Stands4 was lawful.

9. In response to GoDaddy's transfer dispute notification, I assisted Stands4 with compiling relevant information concerning the purchase transaction, the parties involved in the transaction, and my pre-purchase due diligence.

10. GoDaddy subsequently advised us that, after its investigation and review of the matter, it "concluded this was a valid transfer." The email providing GoDaddy's determination that the acquisition was a valid transfer is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Document ID: e60e576b-10f1-4a77-985c-a52db6cd29fa

Executed on  07/30/2020                   .

*James Iles*
_____
James Iles

Document ID: e60e576b-10f1-4a77-985c-a52db6cd29fa

# <u>Exhibit A</u>

Document ID: e60e576b-10f1-4a77-985c-a52db6cd29fa

---------- Forwarded message ---------
From: **Christopher M Patterson** <cpatterson@godaddy.com>
Date: Tue, Jun 23, 2020 at 11:38 PM
Subject: RE: Calculator.com Domain Name
To: James Iles <james@jamesiles.co.uk>
Cc: Yigal Ben Efraim <yigal@stands4.com>, transferdisputes@godaddy.com <transferdisputes@godaddy.com>

Hi Yigal,

Thank you for sharing the documentation on your purchase of CALCULATOR.COM. When we are notified of a potential fraudulent transfer to GoDaddy from another registrar, we take our review of the transfer very seriously. Through our review, and as you confirmed through the documentation which you provided, we have concluded this was a valid transfer. The Registrar-Lock has been removed from CALCULATOR.COM and we have notified Web.com that any further dispute is between the parties.

Thank You,

**Christopher Patterson**
GoDaddy | Manager, Domain Compliance & Advanced Support



cpatterson@godaddy.com
www.linkedin.com/in/christophermipatterson

**From:** James Iles <james@jamesiles.co.uk>
**Sent:** Tuesday, June 23, 2020 10:01 AM
**To:** Christopher M Patterson <cpatterson@godaddy.com>
**Cc:** Yigal Ben Efraim <yigal@stands4.com>; transferdisputes <transferdisputes@godaddy.com>
**Subject:** Calculator.com Domain Name

Notice: This email is from an external sender.

Hi Chris,

This is sent on behalf of Yigal Ben Efraim. This is in regards to the transfer dispute claim we received yesterday about the Calculator.com domain (Incident ID: 42215559) -- thank you so much for assisting us in this matter.

We understand you were already briefed by Paul Nicks about the basic facts of this incident.

Our company -- STANDS4 LTD -- had purchased the Calculator.com domain name last week through the DAN domain marketplace (DAN.com), for the sum of $180,000, from its original owner: Chloe Alston.

At the time of the purchase, the domain was already registered at GoDaddy and was pushed to our account (from GoDaddy account to GoDaddy account) after the deal was signed and the payment was transferred.

We have all the needed documentation and will be happy to share it with you.

5

Document ID: e60e576b-10f1-4a77-985c-a52db6cd29fa

Attached please find a detailed history and background about the domain registration records, the sale negotiation correspondence with the previous domain owner, and sale process trace including the invoice from DAN.COM. Reza Sarheda will also be sending you details from their own internal records including verification of the owner's passport, and validation of their current address (which is also listed in WHOIS).

We've been working with GoDaddy for 20 years now, purchased many premium domains in the past, and we can assure you we've done everything by the book.

Needless to say, the Calculator.com domain has an enormous value to our business, we are its new righteous owners, and we certainly expect and believe GoDaddy will protect our asset from false dispute claims.

We're ready to provide any additional documentation you may need to do so.

I will be looking forward to hearing back from you -- thanks again for everything!

Best,
Yigal


--
Yigal Ben Efraim
CEO
STANDS4 LLC
yigal@stands4.com
http://www.stands4.com



Document ID: e60e576b-10f1-4a77-985c-a52db6cd29fa



Completed Document Audit Report

Completed with Docsketch.com

## Title: Revised James Iles Declaration

Document ID: e60e576b-10f1-4a77-985c-a52db6cd29fa

### Files

Revised James Iles Declaration.docx                                Jul 30, 2020 21:18:02 UTC

### Activity

| | | |
|---|---|---|
| **James Iles** IP: 92.1.63.202 | created the document | Jul 30, 2020 21:18:31 UTC |
| **James Iles** IP: 92.1.63.202 | sent the document to james@jamesiles.co.uk | Jul 30, 2020 21:19:16 UTC |
| **James Iles** IP: 92.1.63.202 | first viewed the document | Jul 30, 2020 21:19:48 UTC |
| **James Iles** IP: 92.1.63.202 | signed the document | Jul 30, 2020 21:21:33 UTC |