IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHLOE TSAKIRIS ALSTON,<br><br>    Plaintiff,<br><br>v.<br><br>CALCULATOR.COM; UNKNOWN REGISTRANT a/k/a RUTH YAKOBZON; STANDS4 LTD; and GODADDY.COM, LLC,<br><br>    Defendants. | Civil Action No. 1:20-cv-23013-BB |

## THIRD DECLARATION OF YIGAL BEN EFRAIM

I, Yigal Ben Efraim, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am the CEO of Defendant Stands4 LTD ("Stands4"). I am over the age of 18, and I make this declaration based on my personal knowledge.

2.    Stands4 is an Israeli company with a business address of 10 HaRotem Street, Kfar Neter, (HaMerkaz) Israel 40593, incorporated in Israel under company identification number #514207174.

3.    At the time Stands4 submitted its bid to purchase the calculator.com domain name, Stands4 had no knowledge of Plaintiff's claim that the calculator.com domain name was previously stolen from her in 2018 or of her claim that the email address associated with the domain name two years later was that of the alleged thief and not of Plaintiff.

4.    At the time Stands4 submitted its bid to purchase the calculator.com domain name, the most recent publicly available Whois database information identified the owner of the calculator.com domain name as Chloe Alston with an address of 50 Quinns Hill Rd, Dayville, CT 06241-1410 and an email address as chloe.alstonnet@gmail.com. A true and accurate

1

printout from domainIQ of the Whois record for calculator.com as of April 21, 2020, is attached hereto as Attachment 1.

5.  After Stands4 submitted a winning bid for the calculator.com domain name, the domain name marketplace that facilitated the transaction, Undeveloped BV d/b/a Dan.com, provided Stands4 with an invoice for the purchase of the domain name. A true and accurate copy of the invoice from Dan.com is attached hereto as Attachment 2.

6.  The invoice from Dan.com identified the seller as Chloe Alston, 50 Quinns Hill Rd 062411410 Dayville CT, United States of America.

7.  Stands4 did not become aware of Plaintiff's claim that the domain name was stolen until Plaintiff filed this lawsuit.

8.  When GoDaddy first contacted Stands4 in June 2020 about a "transfer dispute," it did not provide any additional information about the nature of the dispute. After GoDaddy determined that it was a "valid transfer," I requested information about the basis for the claim. However, GoDaddy responded that it did not have any additional information, explaining that it had "concluded this was a valid transfer prior to a point when we would have asked for supporting information . . . ." True and accurate copies of the email that I sent to Christopher Patterson, Manager, Domain Compliance & Advanced Support, GoDaddy, on June 24, 2020 and Mr. Patterson's June 27, 2020 response are attached hereto as Attachment 3.

9.  When GoDaddy first contacted Stands4 in June 2020 about a "transfer dispute," Dan.com advised Stands4 that the dispute was "most likely due to the domain being a high profile domain and the registrar aiming to process this more carefully." A true and accurate copy of an email sent on June 23, 2020 from Walter da Silva, Account Manager, Dan.com, to a representative of Stands4 is attached hereto as Attachment 4.

2

3

10. When calculator.com was transferred back to Plaintiff, Stands4 had to redesign the other websites on the Stands4 network to remove references to calculator.com. Upon reacquiring the calculator.com domain name, Stands4 will need to reinstate these changes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___5/8/2020___.

_____
Yigal Ben Efraim

**ATTACHMENT 1**

Historical WHOIS Records

| 2020-08-04 | 2020-07-29 | 2020-07-21 | 2020-06-22 |
| 2020-06-18 | 2020-06-12 | 2020-04-21 | 2020-03-25 |
| 2020-03-11 | 2020-02-15 | 2020-02-14 | 2020-02-03 |
| 2020-01-24 | 2019-11-21 | 2019-01-12 | 2018-12-12 |
| 2018-11-29 | 2018-10-21 | 2018-09-21 | 2018-03-01 |
| 2017-12-15 | 2017-07-25 | 2017-07-22 | 2017-07-19 |
| 2017-07-17 | 2017-07-13 | 2017-05-09 | ➕ 66 more |

Archived on April 21, 2020:

🖳 Show differences

```
Domain Name: CALCULATOR.COM
Registry Domain ID: 40109_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2020-02-24T08:16:55Z
Creation Date: 1996-01-24T05:00:00Z
Registry Expiry Date: 2022-01-25T05:00:00Z
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
Domain Status: ok https://icann.org/epp#ok
Name Server: CLARK.NS.CLOUDFLARE.COM
Name Server: SARA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

Domain Name: CALCULATOR.COM
Registry Domain ID: 40109_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2020-02-24T08:41:45Z
Creation Date: 1996-01-24T05:00:00Z
Registrar Registration Expiration Date: 2022-01-25T05:00:00Z
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: Alston, Chloe
Registrant Organization:
Registrant Street: 50 QUINNS HILL RD
Registrant City: DAYVILLE
Registrant State/Province: CT
Registrant Postal Code: 06241-1410
Registrant Country: US
Registrant Phone: 203-779-7526
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: chloe.alstonnet@gmail.com
Registry Admin ID:
Admin Name: Alston, Chloe
Admin Organization:
Admin Street: 50 QUINNS HILL RD
Admin City: DAYVILLE
Admin State/Province: CT
Admin Postal Code: 06241-1410
```

```
Admin Country: US
Admin Phone: 203-779-7526
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: chloe.alstonnet@gmail.com
Registry Tech ID:
Tech Name: Alston, Chloe
Tech Organization:
Tech Street: 50 QUINNS HILL RD
Tech City: DAYVILLE
Tech State/Province: CT
Tech Postal Code: 06241-1410
Tech Country: US
Tech Phone: 203-779-7526
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: chloe.alstonnet@gmail.com
Name Server: SARA.NS.CLOUDFLARE.COM
Name Server: CLARK.NS.CLOUDFLARE.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

**ATTACHMENT 2**

Reference:

## Parties

**Domain buyer**
STANDS4
10 HaRotem Street Kfar Netter
4059300 Kfar Netter AK
Israel
AK

**Domain seller**
Chloe Alston
50 Quinns Hill Rd
062411410 Dayville CT
United States of America
CT

## Invoice

Domain name calculator.com

Price ---- $180,000.00

Total $180,000.00

**ATTACHMENT 3**



**Yigal Ben Efraim** <yigal@stands4.com>　　　　　　　　　　　Jun 24, 2020, 2:04 PM

to Christopher, James, transferdisputes@godaddy.com, bcc: me

Dear Chris,

Thank you so much for your prompt response.

We certainly understand you had to carefully review the case and take it seriously, we didn't expect less from GoDaddy -- glad to hear you've reached a definite conclusion, based on our documents, that this was indeed a valid transfer.

Would it be possible to get some more details about the claim made by Web.com? We honestly didn't receive any information about who or what triggered it, and for what reason.

Please let me know, and thanks much again for everything!

Best,
Yigal & team

--

```
Yigal Ben Efraim
CEO
STANDS4 LLC
yigal@stands4.com
http://www.stands4.com
```



**Christopher M Patterson** <cpatterson@godaddy.com>             Sat, Jun 27, 12:45 AM

to me, James

Hello Yigal,

There isn't anything we can share other than we received an initial notification of a transfer dispute. Registrars typically try to notify as soon as possible to maintain status-quo while each side reviews their internal information. We concluded this was a valid transfer prior to a point when we would have asked for supporting information from their side.

Thank You,

---

Christopher Patterson

GoDaddy | Manager, Domain Compliance & Advanced Support



cpatterson@godaddy.com

www.linkedin.com/in/christophermipatterson

**ATTACHMENT 4**



**James Iles**
to me

1:17 PM (0 minutes ago)

---------- Forwarded message ---------
From: **Walter Da Silva** <walter@undeveloped.com>
Date: Tue, 23 Jun 2020 at 10:13
Subject: Re: Update to [Incident ID: 42215559] - Transfer Dispute - CALCULATOR.COM
To: James Iles <james@jamesiles.co.uk>
Cc: Reza Sardeha <reza@undeveloped.com>

Hi James,

I'd like to introduce you to Reza, he will assist you with this, in order to get the domain unlocked at Godaddy.

He will assist in getting this resolved for your promptly. Rest assured we have done all due diligence and KYC and can prove everything was done correctly.

This is most likely due to the domain being a high profile domain and the registrar aiming to process this more carefully.

Have a great day.

Walter da Silva | Account Manager
Nieuwe Herengracht 47
1011 RN Amsterdam
The Netherlands
+1 737 218 6046