UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHLOE TSAKIRIS ALSTON,<br><br>    Plaintiff,<br><br>v.<br><br>CALCULATOR.COM; UNKNOWN REGISTRANT a/k/a RUTH YAKOBZON; STANDS4 LTD; and GODADDY.COM, LLC,<br><br>    Defendants. | Civil Action No. 1:20-cv-23013-BB |

**JOINT REQUEST TO EXTEND TEMPORARY RESTRAINING ORDER AND POSTPONE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Chloe Tsakiris Alston ("Plaintiff") and Defendant Stands4 LTD ("Stands4"), through their respective counsel, respectfully request the Court: (1) extend the Temporary Restraining Order that the Court issued on July 27, 2020 [ECF No. 8] through August 17, 2020; and (2) postpone the hearing on Plaintiff's Motion for Preliminary Injunction through August 14, 2020. In support thereof, the parties state as follows:

    1.    On July 27, 2020, the Court entered a Temporary Restraining Order directing, *inter alia*, the transfer of the domain name calculator.com back to Plaintiff. ECF No. 8. The Order also set a hearing for August 7, 2020 on whether the Temporary Restraining Order should be made a Preliminary Injunction pending full trial on the merits.

    2.    Pursuant to Fed. R. Civ. P. 65(b)(2), a temporary restraining order expires no more than fourteen (14) days after entry "unless, before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension."

1

3. Good cause exists to extend the temporary restraining order and postpone the August 7 hearing. First, Plaintiff's counsel has experienced a death in the family that requires his immediate attention. Second, Plaintiff and Stands4 have engaged in preliminary discussions about resolving this matter, and the parties believe they would benefit from additional time to continue their discussions.

Accordingly, for good cause shown, Plaintiff and Stands4 request that the Court: (1) extend the Temporary Restraining Order that the Court through August 17, 2020 at 5:00 p.m. EDT; and (2) postpone the hearing on Plaintiff's Motion for Preliminary Injunction through August 14, 2020.

Dated: August 5, 2020

By:  /s/ Rafael Recalde
Recalde Law Firm, P.A.
10800 Biscayne Blvd, Suite 440
Miami, FL 33161
Ph: 305-792-9100
Fax: 1-305-517-1407
By: /s/ Rafael Recalde
Rafael Recalde, Esq.
FBN: 60040
Geremy Klein, Esq.
FBN: 106981
Primary: rafael@recaldelaw.com
Secondary: geremy@recaldelaw.com

*Attorneys for Plaintiff*

 /s/ Ari S. Meltzer
Joan Carlos Wizel
(Florida Bar No. 37903)
LYDECKER DIAZ
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
(305)416-3180
jcw@lydeckerdiaz.com

David E. Weslow (*pro hac vice*)
Ari S. Meltzer (*pro hac vice*)
WILEY REIN LLP
1776 K St. NW
Washington, DC 20006
(202) 719-7000
dweslow@wiley.law
ameltzer@wiley.law

*Attorneys for Defendant*
*Stands4 LTD*

SO ORDERED

_____

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 5th day of August, 2020 via e-service to:

Lydecker Diaz, attn.: Joan Carlos Wizel, jcw@lydeckerdiaz.com;

Wiley Rein LLP, attn.: David E. Weslow and Ari S. Meltzer, dweslow@wiley.law; ameltzer@wiley.law

/s/ Rafael Recalde
Rafael Recalde, Esq.
FBN: 60040
