# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHLOE TSAKIRIS ALSTON,<br><br>    Plaintiff,<br><br>v.<br><br>CALCULATOR.COM; UNKNOWN REGISTRANT a/k/a RUTH YAKOBZON; STANDS4 LTD; and GODADDY.COM, LLC,<br><br>    Defendants. | Civil Action No. 1:20-cv-23013-BB |

## STIPULATION OF DISMISSAL
## OF STANDS4 LTD WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Chloe Tsakiris Alston ("Plaintiff") and Defendant Stands4 LTD ("Stands4"), through their respective counsel, hereby stipulate for dismissal of all claims against Defendant Stands4 LTD with prejudice.

Stands4 hereby gives notice that it will no longer contest the Plaintiff's ownership of the mark and domain name calculator.com, and Plaintiff hereby states that she is satisfied that Stands4 did not act in bad faith in relation to the acquisition of the calculator.com domain name.

All costs and attorney's fees will be paid by the party incurring the same.

Dated: August 13, 2020

By:    /s/ Rafael Recalde
    Recalde Law Firm, P.A.
    10800 Biscayne Blvd, Suite 440
    Miami, FL 33161
    Ph: 305-792-9100
    Fax: 1-305-517-1407
    By: /s/ Rafael Recalde
    Rafael Recalde, Esq.
    FBN: 60040

   /s/ David E. Weslow
   Joan Carlos Wizel
   (Florida Bar No. 37903)
   LYDECKER DIAZ
   1221 Brickell Avenue, 19th Floor
   Miami, FL 33131
   (305)416-3180
   jcw@lydeckerdiaz.com

Geremy Klein, Esq.
FBN: 106981
Primary: rafael@recaldelaw.com
Secondary: geremy@recaldelaw.com

*Attorneys for Plaintiff*

David E. Weslow (*pro hac vice*)
Ari S. Meltzer (*pro hac vice*)
WILEY REIN LLP
1776 K St. NW
Washington, DC 20006
(202) 719-7000
dweslow@wiley.law
ameltzer@wiley.law

*Attorneys for Defendant
Stands4 LTD*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 13th day of August, 2020 via e-service to:

Lydecker Diaz, attn.: Joan Carlos Wizel, jcw@lydeckerdiaz.com;

Wiley Rein LLP, attn.: David E. Weslow and Ari S. Meltzer, dweslow@wiley.law; ameltzer@wiley.law

<u>/s/ Rafael Recalde</u>
Rafael Recalde, Esq.
FBN: 60040